NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**THOMAS ROSSMEISSL,**
*Petitioner*

**v.**

**OFFICE OF PERSONNEL MANAGEMENT,**
*Respondent*

---

2025-1497

---

Petition for review of the Merit Systems Protection Board in No. DE-0842-22-0256-I-1.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of Thomas Rossmeissl's request to withdraw his appeal, which the court construes as a motion to voluntarily dismiss this appeal pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure, and the parties' responses to the court's June 25, 2025 order,

IT IS ORDERED THAT:

(1) The motion to voluntarily dismiss is granted. The appeal is dismissed.

2                                                    ROSSMEISSL v. OPM

(2)  Any other pending motion is denied as moot.

(3)  Each side shall bear its own costs.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

June 30, 2025
Date

ISSUED AS A MANDATE:  June 30, 2025